UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                        Case No. 20-cr-0207-bhl-12

DESHAWN T CHATMAN,

        Defendant.

## ORDER

On January 14, 2022, Defendant filed a motion asking the Court to order the U.S. Probation Office to conduct and disclose a prior criminal history investigation. (ECF No. 190.) Defendant states that a presentence report will help him make a plea decision, specifically with relation to the potential repercussions of his possible eligibility under 18 U.S.C. §3553(f)(1). The government has informed defense counsel that it does not oppose the request. (*Id.*) The Court will grant the motion and order that the U.S. Probation Office prepare a pre-plea presentence investigation report of this information. Accordingly,

IT IS ORDERED that Defendant's Unopposed Motion for a Pre-Plea Criminal History Investigation (ECF No. 190) is GRANTED.

IT IS FURTHER ORDERED that the U.S. Probation Office shall prepare and disclose to the defendant and to the government a prior criminal record report. Such information shall not be disclosed to the Court at this stage of the proceedings.

Dated at Milwaukee, Wisconsin on January 18, 2022.

                                                                                    s/ *Brett H. Ludwig*
                                                                                    BRETT H. LUDWIG
                                                                                    United States District Judge